IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Mona Browning, )<br>)<br>              Plaintiff, )<br>)<br>              v. )<br>)<br>Pinnacle Trust Services, )<br>Trustee of the Helen E. Holmstrom Trust #1A, )<br>)<br>              Defendant. )<br>_____ ) | Case No. 10-CV-4112-CM/KGS |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Pinnacle Trust Services, as Trustee of the Helen E. Holmstrom Trust #1A (the "Trustee") moves the Court for the entry of an order granting it summary judgment in its favor. In support of its motion, the Trustee files herewith its memorandum brief which shows the Court that there are no genuine issues of material fact and that, as a matter of law, the Trustee is entitled to judgment in its favor.

Hampton & Royce, L.C.
119 W. Iron Ave.
P.O. Box 1247
Salina, Kansas
67402-1247
(785) 827-7251

*Mona Browning v. Pinnacle Trust Services, Trustee of the Helen E. Holmstrom Trust #1A*
Case No. 10-CV-4112-CM/KGS
**Defendant's Motion for Summary Judgment**
Page 2

WHEREFORE, the Trustee urges the Court to enter summary judgment in its favor.

Respectfully Submitted,

/s/ Terry D. Criss
Terry D. Criss, #13167, of
HAMPTON & ROYCE, L.C.
119 W. Iron, Ninth Floor
P.O. Box 1247
Salina, Kansas  67402-1247
(785) 827-7251
(785) 827-2815 Facsimile
criss@hamptonlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Terry D. Criss, hereby certify that on May 10, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Joseph A. Knopp
Knopp and Bannister, P.A.
Attorney for Plaintiff

/s/ Terry D. Criss
Terry D. Criss